METAL SEAL & PRODUCTS, INC., APPELLEE, v. [UNEMPLOYMENT COMPENSATION] BOARD OF REVIEW, OHIO BUREAU OF EMPLOYMENT SERVICES, ET AL., APPELLANTS.

[Cite as Metal Seal & Products, Inc. v. Ohio Bur. of Emp. Serv. (1987), 30 Ohio St. 3d 106.]

(No. 86-2081—Decided May 13, 1987.)

*Willacy & LoPresti* and *Timothy A. Marcovy,* for appellee.
*Anthony J. Celebrezze, Jr.,* attorney general, and *Patrick A. Devine,* for appellants.

The judgment in this cause, having been certified by the court of appeals in case No. 11-215 as being in conflict with cases from the Fifth, Eighth and Ninth Appellate Districts, is hereby affirmed on authority of *Bowman* v. *Ohio Bur. of Emp. Serv.* (1987), 30 Ohio St. 3d 87, 30 OBR 234, 507 N.E. 2d 342.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.